UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONOFRE MENDOZA, *individually and on behalf of all others similarly situated*, and SERGIO MARTINEZ, *individually and on behalf of all others similarly situated*,<br><br>      Plaintiffs,<br><br>-against-<br><br>KAMRAN HAKIM and S.C. MANAGEMENT REALTY, LLC,<br><br>      Defendants. | **ORDER**<br><br>22 Civ. 1035 (ER) |

  The court-ordered mediation in this case was held and agreement was reached on all issues. Doc. 12. The parties are directed to submit a settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) no later than **April 25, 2022**.

  SO ORDERED.

Dated: April 11, 2022
    New York, New York

                          Edgardo Ramos, U.S.D.J.